Ex. 1

# RELEASE

We, the undersigned, the contingent beneficiary, her heirs and assigns, designated in the Will of Alice C. McBurney, dated the 8th day of August, 1946, hereby release any and all rights we may now have or will have, any power of appointment, any devise or bequest and any trust estate, either principal or income, accruing to us as the result of said Will, to the trustee and principal beneficiary of said aforementioned Will, Susan M. Greene.

Mary A. Sherman
Mary A. Sherman

William Sherman
William Sherman

William Sherman
William Sherman

Catherine Racine
Catherine Racine

Alice Sherman
Alice Sherman

Napoleon Racine
Napoleon Racine

Alice Sherman