EXHIBIT EX 2

# WILL

I, Alice C. McBurney, of Pawtucket, Rhode Island, publish this instrument as my last will, hereby revoking all wills heretofore made by me.

I appoint my sister, Susan M. Greene, executrix hereof, a bond without surety being requested.

After the payment of my debts, all the rest and residue of my estate, real, personal, and mixed, including all my rights with respect to persons or things and all estates over which I may have powers of appointment, I give, devise, and bequeath to my said sister, Susan M. Greene, in trust for use as follows: Without regard to equality of application, but in accordance with the need of each person, said trustee, in her absolute discretion, shall apply said trust estate (principal and income) for the support and general welfare of my said sister, Susan M. Greene, my nephew, John F. Healey, and my mother, Catherine McBurney. On the last death of said three named persons, said trust shall cease and terminate, and said trust estate, if any, shall pass and be transferred to my sister, Mary A. Sherman, her heirs and assigns forever.

For the purposes aforesaid, my said trustee holding and managing all my said estate shall collect all the rents, dividends, profits and income therefrom; and in her absolute discretion she shall have full power to sell, convey, mortgage, lease, invest, reinvest, and change the investment of, the whole or any part of my said trust estate (real or personal), executing all instruments necessary to effect same. If my said sister, Susan M. Greene, dies before the termination of my said trust, I appoint Joseph F. Flynn, or any person whom he