EX. 4

(891)

BOOK 636 PAGE 243

Susan M Greene, a widow
of Pawtucket in the state of Rhode Island
for consideration paid, grant to
John F. Healey of Pawtucket
of
with QUIT-CLAIM COVENANTS

That certain parcel of land situated in the city of Pawtucket being designated as lot number 332 on plat number 23 on record in land records for the said city of Pawtucket.

husband/wife of the grantor
release to said Grantee all right of curtesy/dower and all other interest in the aforedescribed premises.

Witness My hand this 11T day of May 1965

In Presence of:

State of Rhode Island, Etc.
County of Providence

In City of Pawtucket on the 11th day of May 1965 before me personally appeared
Susan M. Greene
to me known and known by me to be the party executing the foregoing instrument, and She acknowledged said instrument, by her executed, to be free act and deed.

Rec'd for Record Mar 21 1966 at 9:20 A M

Notary Public

X.3