5/1/05

Ex. 5

No one at any time asked me to notify any one of a tax sale of 27 Fruit ST, Pawtucket and I did not notify anyone of such sale or sales.

If anyone had asked me to notify Catherine Racine or Alice Petrze I would have replied, "I don't have their marriage names or their address" and I would have referred them to my sister Alice Smith of Mattapoisett, Mass.

Feb 28 1943 I went into the United States Army Air Corps and have not seen, spoke to or otherwise communicated with them since that date.

When John Healey died I asked Alice Smith notify them and I asked her to mail some photographs of John Healey to Catherine Racine.

April 7 1999 I was injured in a motor vehicle accident causing 3 strokes (CVAs) with permanent damage to 65% (no blood) to the brain so I retired as a lawyer and electrical contractor.