L1323 Pg39 #1192

John P. Healey

John P. Healey 25-27 Fruit Street, Pawtucket, R.I.

Kevin B. McBurney

with WARRANTY COVENANTS

(Description, and Incumbrances, if any)

[illegible] land with all of buildings /improvements thereon [illegible] Pawtucket on the southerly side of Fruit Street and [illegible]: Beginning at a point on the southerly side of [illegible]-nine and 54/100thfeet westerly from the [illegible] South streets;thence running southerly [illegible] now or formerly of Patrick Manning , one hundred and (106.91) feet,thence running westerly parallel with the said fruit St.forty-six and 50/100ths (46.50) feet to [illegible] running northerly, bounded westerly by land now or formerly [illegible] and wife,one hundred six and 91/100th (106.91) feet to [illegible] Fruit Street forty six and 29/100th feet to the [illegible] beginning; being the same premises conveyed [illegible] and recorded in Book 636 at page 243 and [illegible] Lot 332.

[illegible] to nullify the effect of any unrecorded [illegible] any claim of adverse possession. This [illegible] are required.

husband / wife of the grantor

curtesy / dower and all other interest in the aforedescribed premises

16th day of [illegible] 19[illegible]

16th day of [illegible] 19[illegible]

[illegible] be the party executing the foregoing instrument, and [illegible] instrument, by him executed, to be his free act and deed.