EX. 7

# Corrective Deed

I, JOHN F. HEALEY, of Pawtucket, Rhode Island, for consideration paid, grant to JOHN F. HEALEY, the said grantor, of Pawtucket, Rhode Island, with Quit-Claim Covenants

"One certain lot of land with all the buildings and improvements thereon, situated in said Pawtucket on the southerly side of Fruit Street, being particularly described as follows: Beginning at a point on the southerly side of Fruit Street fifty-nine and 54/100ths (59.54) feet westerly from the southwest corner of Fruit and South Streets; thence running southerly, bounded easterly by land now or formerly of Patrick J. Manning, one hundred six and 91/100th (106.91) feet; thence running westerly parallel with the southerly line of said Fruit Street forty-five and 50/100ths (45.50) feet to a corner; thence running northerly, bounded westerly by land now or formerly of Daniel McGinn and wife, one hundred six and 91/100th (106.91) feet to the southerly line of Fruit Street; thence easterly along the southerly line of Fruit Street forty-six and 20/100th (46.29) feet to the point or place of beginning; being the same premises conveyed by deed to John F. Healey and recorded in Book 636 at page 243 and known as Assessor's Plat 23, Lot 332.

This conveyance is to nullify the effect of any existing unrecorded instrument of prior date and any claim of adverse possession. This conveyance is such that no stamps are required.

Witness my hand this 14th day of Janury 1997.

John F. Healey
JOHN F. HEALEY

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE,

In Pawtucket on the 14th day of Jany, 1997, before me personally appeared John F. Healey to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed, to be his free act and deed.

John F. McBurney
Notary Public
My commission expires:

Return to: