EX. 8

# MORTGAGE DEED

JOHN F. HEALEY

OF PAWTUCKET

FOR CONSIDERATION PAID, GRANT TO RICHARD JAMES

OF PAWTUCKET

WITH MORTGAGE COVENANTS, to secure the payment of $39,765.00 Dollars

in ______ years with interest at 7.85% per centum,

per annum, payable semi-annually ______ as provided in

certain negotiable promissory note of even date herewith.

(Description, and Incumbrances, if any)

"One certain lot of land with all the buildings and improvements thereon, situated in said Pawtucket on the southerly side of Fruit Street, being particularly described as follows: Beginning at a point on the southerly side of Fruit Street fifty-nine and 54/100ths (59.54) feet westerly from the southwest corner of Fruit Streets;thence running southerly, bounded easterly by land now or formerly of Patrick J. Manning, one hundred six and 91/100th (106.91) feet; thence running westerly parallel with the southerly line of said Fruit Street forty-five and 50/100ths(45.50) feet to a corner; thence running northerly, bounded westerly by land now or formerly of Daniel McGinn and wife, one hundred six and 91/100th (106.91) feet to the southerly line of Fruit Street; thence easterly along the southerly line of Fruit Street forty-six and 20/100th (46.29) deet to the point or place of beginning; being the same premises conveyed by deed to John F. Healey and recorded in Book 636 at page 243.

This mortgage is made upon the STATUTORY CONDITION and with the STATUTORY POWER OF SALE

Witness my hand this 5th day of Septemb, 1997

John F. Healey
(Mortgagor)

STATE OF )
COUNTY OF )

______
(Mortgagor)

In Pawtucket on the 5th day of September, 1997 before me personally appeared John F Healey

to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument, by him executed, to be his free act and deed