Ex. 9

# WARRANTY DEED

For good consideration, XX I, Kevin B. McBurney of Pawtucket, County of Providence, State of Rhode I. XX 41 Hedley Ave., hereby bargain, deed and convey to Miquel A. Florentino of, County of Providence, State of RI, the following described land in Providence County, free and clear with WARRANTY COVENANTS: to wit:

Bk L1323 Pg307 #70

"One certain lot of land with all the buildings and improvements thereon, situated in said Pawtucket on the southerly side of Fruit Street, being particularly described as follows: Beginning at a point on the southerly of Fruit St. fifty-ninee and 54/100ths (59.54) feet westerly from the southwest corner of Fruit St.; thence running southerly, bounded easterly by land now or formerly of Batrick Manning, one hundred six abd 91/100th (106.91) feet; thence running westerly parallel with the southerly line said Fruit st. forty-five and 50/100ths (45.50) feet to a corner; thence running northerly, bounded westerly by land now or formerly of Daniel and wife, McGinn, one hundred and six and (91/100) feet to the southerly line of Fruit St., thence easterly along the southerly line of Fruit St. forty-six and 20/100th (46.29) feet to the point or place of beginning; being the same premises conveyed by deed to John F. Healey and recorded in Book 636 at page 243.

06-22-2001 @ 02:41p

Grantor, for itself and its heirs, hereby covenants with Grantee, its heirs, and assigns, that Grantor is lawfully seized in fee simple of the above-described premises; that it has a good right to convey; that the premises are free from all encumbrances; that Grantor and its heirs, and all persons acquiring any interest in the property granted, through or for Grantor, will, on demand of Grantee, or its heirs or assigns, and at the expense of Grantee, its heirs or assigns, execute any instrument necessary for the further assurance of the title to the premises that may be reasonably required; and that Grantor and its heirs will forever warrant and defend all of the property so granted to Grantee, its heirs, and assigns, against every person lawfully claiming the same or any part thereof.

Being the same property conveyed to the Grantors by deed of Warranty dated November 16, 1996 (year).

WITNESS the hands and seal of said Grantors this day of June 2001. (year).

Grantor Kevin B. McBurney

Grantor

STATE OF Rhode Island }
COUNTY OF Providence }
On June, 2001 me, personally appeared Kevin B. McBurney, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature

(Seal)

My Commission ex 7/31/01

Affiant ___ Known ___ Unknown
ID Produced ___