Bk L1467 Pg324 #75
03-08-2002 @ 02:23p

EX. 10

A298-10
R298-04

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 8 day of March, 2002 (year),

by first party, Grantor, Miquel A. Florentino

whose post office address is 184 Hedly Ave. Central Falls, RI

to second party, Grantee, Belkis R. Florentino

whose post office address is 41 Hedly Avenue, Central Falls, RI

PROPERTY ADDRESS: 25-27 Fruit Street, Pawtucket, RI

WITNESSETH, That the said first party, for good consideration and for the sum of ten Dollars ($ 10.00 ) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Providence, State of Rhode island to wit:

One certain lot with all buildings and improvementsthereon , that is situated in said Pawtucket on the southerly side of Fruit St. being and described as follows: Beginning at aspoint on the south side of Fruit Street fifty-nine and 54/100th feet westerly from the southwest corner of Fruit and South Street;thence running southerly bounded easterly by land now or formerly of Patrick Manning; one hundred and six and 91/100th (106.91) feet, thence running westerly parallel with the southerly line of Fruit Street forty-six and 50/100th (46,50) feet to a corner; thence running northerly , bounded westerly by land now or formerly of Daniel McGinn and wife, one-hundred and six and 91/100th (106.91) feet to a southerly line of Fruit Street forty six and 29/100th feet to place of beginning; being same premises conveyed to John Healey and recorded in Book 636 at page 243 and known Assessors Plat 23-332

This conveyance is to nullify effect of any unrecorded instruments of prior date and any claim for Adverse possession. No stamps requieed

CITY OF PAWTUCKET

Ex. 10

Bk L1467 Pg325 #75

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness

Kevin McBurney
Print name of Witness

Ramon Florentino
Signature of Witness

RAMON FLORENTINO
Print name of Witness

Miguel Florentino
Signature of First Party

Miquel Florentino
Print name of First Party

Signature of First Party

Print name of First Party

State of Rhode island
County of Providence
On March 8, 2002 before me,
appeared MIQUEL A. FLORENTINO
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

John F McBurney - Commission expires 4/30/03
Signature of Notary 3/8/02

Affiant ____Known ✓ Produced ID
Type of ID ____________
(Seal)

State of
County of
On before me,
appeared
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature of Notary

Affiant ____Known____Produced ID
Type of ID ____________
(Seal)

Signature of Preparer

Print Name of Preparer

Address of Preparer