**U.S. DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN McBURNEY** | : | **C.A. NO: 08-152T** |
| | : | |
| **vs.** | : | |
| | : | |
| **ALICE PEOZKE** | : | |
| **ALICE SMITH** | : | |
| **CATHERINE RACINE** | : | |

**DEFENDANT ALICE SMITH'S ANSWER**

**Now comes the defendant Alice Smith and denies each and every count of the Plaintiff's complaint.**

**By her attorney,**

**John F. McBurney, #357**
**15 Arlington St**
**Pawtucket, RI 02860**
**722-5190**

**I certify that I mailed a copy of this document to Kevin McBurney, 30 Maple St, Providence, RI 02903 on this date.**

**John F. McBurney** 5/21/08
**Date**