# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

KEVIN MCBURNEY,
Plaintiff

    v.                              C.A. No. 08-152T

ALICE PESZKE and
CATHERINE RACINE,
Defendant

## SHOW CAUSE ORDER

On or before **January 1st, 2009,** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon the above-named defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal of the above-named defendants.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: 12/9/08